**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Dorian Hernandez, Jeremy Sciancalepore, and Sean
Mills, Defendants,

Of Whom Dorian Hernandez is the Appellant.

Appellate Case No. 2023-000064

———

Appeal From Horry County
Jan B. Bromell Holmes, Family Court Judge

———

Unpublished Opinion No. 2023-UP-310
Submitted September 13, 2023 – Filed September 15, 2023

———

**AFFIRMED**

———

Nancy Carol Fennell, of Irmo, for Appellant.

William Evan Reynolds, of Kingstree, for Respondent.

Michael Julius Schwartz, of Russell B. Long, PA; and
Heather Marie Moore, of Axelrod & Associates, PA,
both of Myrtle Beach, for the Guardian ad Litem.

**PER CURIAM:** Dorian Hernandez appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hernandez's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and HEWITT and VERDIN, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.